# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

| | | |
|---|---|---|
| AHMED FERNANDEZ, | * | |
| Petitioner, | * | CIVIL ACTION NO.: 5:18-cv-49 |
| v. | * | |
| WARDEN TRACY JOHNS, | * | |
| Respondent. | * | |

## ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 18. Petitioner Ahmed Fernandez ("Fernandez") filed Objections. Dkt. No. 19. In his Objections, Fernandez asserts he is entitled to 357 days credit against his federal sentence—from February 9, 2016, until February 6, 2017.[1] Id. at 3. Fernandez contends he was sentenced on February 9, 2016, and, thus, his federal sentence began on that date. Id.

Nothing in Fernandez's Objections challenges the Magistrate Judge's analysis and recommended disposition in this case.

---

[1] By the Court's calculation, Fernandez seeks credit for 363 days, not 357 days.

Fernandez overlooks the fact he has already been credited with his requested time—and then some—against his state sentence. Dkt. No. 18, pp. 14, 15. In addition, even though Fernandez was sentenced in his federal proceedings on February 9, 2016, he was returned to state custody on February 18, 2016. Id. at p. 12 (citing Dkt. No. 8-2, pp. 3, 22). Fernandez's federal sentence did not commence until September 18, 2017, which is the date he was in exclusive federal custody. Id. at pp. 13, 15 n.9.

Thus, the Court **OVERRULES** Fernandez's Objections and **ADOPTS** the Magistrate Judge's Report and Recommendation. The Court **GRANTS in part** and **DENIES in part** Respondent's Motion to Dismiss, **DENIES** Fernandez's § 2241 Petition, **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal, and **DENIES** Fernandez in forma pauperis status on appeal.

**SO ORDERED**, this 20 day of March, 2019.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)